THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Scott Major Abeling, Appellant.
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court Judge

Unpublished Opinion No. 2005-UP-637
Submitted December 1, 2005  Filed December 15, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, Office of the Attorney General, all of Columbia;  and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.  
 
 
 

PER CURIAM:  Scott Major Abeling appeals his guilty plea and sentence of eighteen years for second degree criminal sexual conduct with a minor.  Abeling argues his plea was conditional and thus invalid. After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Abelings appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J. and HUFF and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.